UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
    -v-                                                            :
:    24 Cr. 28 (JPC)
HAKEEM BALDEO,                                                          :
CHRISTOPHER BROWN, and                                                  :    ORDER
SEKOU KABA,                                                             :
:
              Defendants.                                       :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has received a recommendation from Pretrial Services to modify the bail conditions for Defendant Sekou Kaba.  By July 12, 2024, Kaba shall file a letter advising the Court whether he opposes a modification of his bail with the additional condition recommended by Pretrial Services.

        SO ORDERED.

Dated: July 9, 2024
       New York, New York                                  _____
                                                                   JOHN P. CRONAN
                                                      United States District Judge