UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                 :
                                              :
           -v-                               :           24 Cr. 28 (JPC)
                                              :
SEKOU KABA,                              :            <u>ORDER</u>
                                              :
                    Defendant.           :
                                              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The guilty plea conference is rescheduled for October 22, 2024 at 4:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. *See* Dkt. 20. By October 21, 2024, at 5:00 p.m., the parties shall advise the Court of the following by joint letter or individual letters: Whether the parties expect that Defendant's remand will be mandatory in the event that he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). If so, the Court respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

       SO ORDERED.

Dated: October 21, 2024
       New York, New York
                                                      JOHN P. CRONAN
                                                  United States District Judge