

48 Wall Street, Suite 1100
New York, NY 10005

**Lance Clarke**
Managing Partner
Clarke@HCLLPLaw.com

Tel: 212-729-0952
www.HCLLPLaw.com

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

July 10, 2025

<u>**Re: United States v. Baldeo et al., 1:24-CR-00028 -JPC**</u>

Dear Judge Cronan:

  Per the email from Intensive Supervision Specialist Francesca Piperato, the Defense asks that the monitoring conditions be removed from Mr. Kaba on Friday, July 11th. He will surrender this equipment to Pretrial Services on the 11th. This will allow Mr. Kaba to prepare to travel to Pennsylvania to surrender on Monday, July 14th.

  The Government does not object to removing LM on Friday.

Respectfully submitted,

____Lance Clarke_____
Lance Clarke, Esq.
Brian G. Buckmire, Esq

The instant request is granted. Mr. Kaba's location monitoring condition is hereby terminated. The Clerk of Court is respectfully directed to close Docket Number 106.

SO ORDERED
Date: July 11, 2025
New York, New York

*[signature]*

JOHN P. CRONAN
United States District Judge